IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| IN RE:<br><br>JODY KEENER,<br><br>    Debtor and<br>    Debtor in Possession. | District Court No. C 16-21-EJM<br><br>On Appeal from N.D. Iowa<br>Bankruptcy Case No. 14-01169 |
| JODY KEENER,<br><br>    Appellant,<br>vs.<br><br>SUPER WINGS INTERNATIONAL, LTD.,<br><br>    Appellee. | ORDER |

This matter is before the court on Appellee Super Wings International, Ltd.'s (Super Wings) resisted motion to dismiss the appeal, filed February 10, 2016. Appeal dismissed.

Super Wings moves to dismiss this appeal, amongst other reasons, because the orders of the Bankruptcy Court denying confirmation of a Chapter 11 plan and denying the motion for compromise are not final orders, and thus cannot be appealed from. Appellant offers no authority to the contrary. An interlocutory order, such as the orders in question, cannot be appealed from, at least not without leave, which has not been applied for or granted. 28 U.S.C. §

158(a); Fed.R.Bankr.Pro. 8004(a)(2); In re Civic Partners Sioux City, LLC, 779 F.3d 572, 575 (8th Cir. 2015); Bullard v. Blue Hills Bank, 135 S.Ct. 1686 (2015).

It is therefore

ORDERED

Appeal dismissed.

March 11, 2016

Edward J. McManus, Judge
UNITED STATES DISTRICT COURT